■ In the Matter of DONALD ROLF, Petitioner, v WILLIAM HULIHAN, Superintendent, Mid-State Correctional Facility, Respondent. [910 NYS2d 396]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court

in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Anthony F. Shaheen, J.], entered April 14, 2010) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said petition is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.